UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **5:19-cv-01518-VAP (MAA)**                    Date: **August 11, 2023**

Title    **Eric Jerome Phillips v. County of Riverside et al.**

Present:    The Honorable MARIA A. AUDERO, United States Magistrate Judge

|  Narissa Estrada  |  N/A  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| :---: | :---: |
| N/A | N/A |

**Proceedings (In Chambers):**     **Order Regarding Plaintiff's Opposition to Defendant's Motion to Consolidate Cases (ECF No. 138) and Motion to Deem Plaintiff Eric Phillips a Vexatious Litigant (ECF No. 139)**

On June 22, 2023, Defendants County of Riverside, Riverside County Sheriff's Department, and Senior Correctional Deputy II Landry (collectively, "Defendants") filed a Motion to Consolidate Cases (ECF No. 138) and Motion to Deem Plaintiff Eric Phillips a Vexatious Litigant (ECF No. 139) (together, the "Motions").

On June 23, 2023, the Court ordered Plaintiff Eric Jerome Phillips ("Plaintiff") to file oppositions to the Motions no later than July 24, 2023.  (ECF No. 140.)  The Court included an explicit caution: "Plaintiff is advised that failure to respond to the Motions may be construed as consent to the granting of the Motions.  C.D. Cal. L.R. 7-12."  (*Id.*)

To date, Plaintiff has not filed oppositions to the Motions.

Plaintiff is **ORDERED TO SHOW CAUSE** by **September 11, 2023** why the Court should not recommend that the Motions be granted for Plaintiff's failure to file oppositions to them.  If Plaintiff files oppositions to the Motions on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to file oppositions to the Motions will be deemed as consent to the granting of the Motions and will result in a recommendation that they be granted.  C.D. Cal. L.R. 7-12.**

It is so ordered.